## NUCKOLS v. BURTON PAGE COMPANY.

Court of Appeals of Kentucky.

(Decided Feb. 24, 1933.)

MARTIN T. KELLY for movant.

E. N. INGRAM, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.